# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   KARLA CRUISE                                              Case Number: 04-71678
         930 DEKALB AVENUE                SSN-xxx-xx-9676
         SYCAMORE, IL  60178

|  |  |
|---|---|
| Case filed on: | 3/29/2004 |
| Plan Confirmed on: | 5/28/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,200.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY CHARLES L FIERZ | 900.00 | 900.00 | 900.00 | 0.00 |
|  | Total Legal | 900.00 | 900.00 | 900.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | KARLA CRUISE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | ECAST SETTLEMENT CORPORATION | 12,477.55 | 12,477.55 | 6,471.50 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 9,865.00 | 9,865.00 | 5,116.49 | 0.00 |
| 004 | LVNV FUNDING LLC | 6,673.39 | 6,673.39 | 3,461.16 | 0.00 |
| 005 | SHERMAN ACQUISITION DBA | 11,474.82 | 11,474.82 | 5,951.43 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 1,407.83 | 1,407.83 | 730.17 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 1,574.60 | 1,574.60 | 816.66 | 0.00 |
|  | Total Unsecured | 43,473.19 | 43,473.19 | 22,547.41 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 44,373.19 | 44,373.19 | 23,447.41 | 0.00 |

Total Paid Claimant:     $23,447.41
Trustee Allowance:       $1,752.59
Percent Paid Unsecured:   51.87

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief is is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/23/2009          By   /s/Heather M. Fagan